AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kessler, Gladys | U.S. District Court | 5/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address<br><br>U.S. District Court<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Our Place, D.C. -- a 501(c)(3) organization |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | I am a member of the D.C. Judges' Retirement Fund and eligible for all benefits. |
| 2. | 2010 | As a Senior Judge, I now receive a pension rather than a salary. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 5/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | D.C. Government - Pension | $125,775.48 |
| 2. 2010 | Judicial Retirees & Survivors Admin Office of the US Courts - Pension | $170,422.06 |
| 3. 2010 | Thrift Savings Plan | $3,100.89 |
| 4. 2010 | Vanguard 500 Index Contributory IRA | $5,595.31 |
| 5. 2010 | Vanguard Mid-Cap Contributory IRA | $7,874.38 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Prudential Insurance Company - Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 5/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ADP - common stock | B | Dividend | K | T | | | | | |
| 2. Tyco - common stock | A | Dividend | J | T | | | | | |
| 3. MMM - common stock | B | Dividend | L | T | | | | | |
| 4. GE - common stock | B | Dividend | K | T | | | | | |
| 5. Stanley Black & Decker - common stock | A | Dividend | K | T | | | | | |
| 6. Vanguard High Yield Tax Exempt - mutual fund | E | Interest | N | T | | | | | |
| 7. Vanguard Tax Exempt Money Market Fund | A | Interest | L | T | | | | | |
| 8. Sun Trust - Checking Account | A | Interest | J | T | | | | | |
| 9. Wells Fargo Advantage Fund IRA - mutual fund | | None | K | T | | | | | |
| 10. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 11. Vanguard Dividend Growth Fund | C | Dividend | M | T | | | | | |
| 12. Janus Twenty Fund | A | Dividend | K | T | | | | | |
| 13. Banc of America - Nuveen Dividend Advantage Muni Bond Fund | B | Interest | K | T | | | | | See note in part VIII |
| 14. Apache Corp - common stock | B | Dividend | N | T | | | | | |
| 15. General Electric - common stock | B | Dividend | L | T | | | | | |
| 16. Quality Systems - common stock | C | Dividend | M | T | | | | | |
| 17. General Dynamics - common stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Banc of America - Eaton Vance Municipal Bonds | B | Int./Div. | K | T | | | | | See note in part VIII |
| 19. Vanguard Health Care Fund | D | Dividend | M | T | | | | | |
| 20. Allstate - common stock | B | Dividend | L | T | | | | | |
| 21. RPM International - common stock | D | Dividend | M | T | Sold (part) | 10/14/10 | K | D | |
| 22. Banc of America - 3M Company | A | Dividend | J | T | | | | | See note in part VIII |
| 23. Banc of America - General Electric | A | Dividend | J | T | | | | | See note in part VIII |
| 24. Banc of America - Eaton Vance Worldwide Health | B | Int./Div. | K | T | | | | | See note in part VIII |
| 25. Wells Fargo Advantage Opportunity Fund | | None | L | T | | | | | |
| 26. Bank of America - common stock | A | Dividend | | | Sold | 10/14/10 | K | A | |
| 27. Vanguard Mid-Cap Index Fund Admiral Shares | B | Dividend | M | T | | | | | |
| 28. PNC Bank - Checking Account (X) | | None | K | T | | | | | |
| 29. Pentair, Inc - common stock (S) | B | Dividend | L | T | | | | | |
| 30. Broadridge Financial Solutions, Inc. | A | Dividend | J | T | | | | | |
| 31. Vanguard Growth and Income Fund - | A | Dividend | K | T | | | | | |
| 32. Matthews China Fund - | A | Dividend | K | T | | | | | |
| 33. Matthews India Fund - | A | Dividend | K | T | Buy | 01/01/10 | K | | |
| 34. Covidien Ltd - common stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Vanguard IRA 500 Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 36. Vanguard IRA Mid-Cap Index Fund Admiral Shares | C | Dividend | N | T | | | | | |
| 37. Sandy Spring Bancorp - ▓ | A | Dividend | K | T | | | | | |
| 38. Vanguard Long-Term Tax-Exempt Adm - ▓ | D | Interest | N | T | | | | | |
| 39. Dow Chemical Company - common stock ▓ | A | Dividend | | | Sold | 08/05/10 | K | B | |
| 40. Exxon Mobil Corp - common stock ▓ | A | Dividend | K | T | Buy | 08/10/10 | K | | |
| 41. Bristol Myers Squibb - common stock ▓ | | None | K | T | Buy | 11/29/10 | K | | |
| 42. US Govt Money Market Fund - ▓ | A | Dividend | K | T | Buy | 05/01/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 5/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional notes on Part VII:  lines 13, 18, 22, 23, 24 are all holdings in the same brokerage account.

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 5/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gladys Kessler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544